IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01806-MEH

www.TURNSTILES.US, INC.,

    Plaintiff,

v.

MODULAR SECURITY SYSTEMS, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2015**.

    The "Joint Motion for Protective Order" [filed October 13, 2015; docket #12] is simply a proposed order, there are no signatures by either party, and the document seeks no relief from the court; therefore, the "motion" is **denied as moot**.