IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01806-RM-MEH

www.TURNSTILES.US, INC.,

    Plaintiff,

v.

MODULAR SECURITY SYSTEMS, INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2015**.

    For good cause shown, the Joint Motion for Protective Order [filed December 10, 2015; docket #30] is **granted**. The proposed Protective Order is approved and filed contemporaneously with this minute order.